# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

E-filing

FILED
07 JUN 19 AM

UNITED STATES OF AMERICA,

V.

ANTONIO MUSNI

CR 07 0385 MMC

DEFENDANT.

## INDICTMENT

A true bill.

_____ Foreman

Filed in open court this _____ day of
6/19/2007

_____ Clerk

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

07 JUN 19 AM 11:58

DEFENDANT - U.S.

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO DIST. OF CALIFORNIA

▶ Antonio Musni

DISTRICT COURT NUMBER

CR 07 0385

**OFFENSE CHARGED**
Cts 1-6: 18 USC 1344 - bank fraud; Ct. 7: 18 USC 1341 - mail fraud; (see Attachment for remaining counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Cts. 1-6: 30 yrs prison; $1,000,000 fine; 5 yrs sup. release; $100 mandatory assessment; Ct. 7: 20 yrs prison; $250,000 fine; 3 yrs sup. release; $100 mandatory assessment; (see Attachment for remaining counts)

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

MMC

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Jeffrey R. Finigan

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT Bail Amount: none

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## Attachment to Penalty Sheet for U.S. v. Antonio Musni

**OFFENSE CHARGED**:

Ct 8: 18 USC 1028A - aggravated identity theft; Ct 9: 18 USC 1029(a)(2) - unlawful use of access device

**PENALTY**:

Ct. 8: mandatory consecutive 2 yrs prison to Cts. 1-7; Ct. 9: 10 yrs prison; $250,000 fine; 3 yrs sup. release; $100 mandatory assessment; All Counts: restitution

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 03__ MMC |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1344 – Bank Fraud; 18 U.S.C. § 1341 – Mail Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. § 1029(a)(2) – Unlawful Use of Unauthorized Access Devices |
| v. | |
| ANTONIO MUSNI, | |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

INTRODUCTION

At all times relevant to this Indictment:

1. American Express Centurion Bank ("American Express"), Bank of America, N.A. (Bank of America), Chase Bank, N.A. ("Chase"), Discover Bank ("Discover"), and HSBC Bank USA ("HSBC") were financial institutions within the meaning of 18 U.S.C. § 20, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. Defendant ANTONIO MUSNI ("MUSNI") resided in San Francisco, California,

INDICTMENT

and worked at the University of California, San Francisco ("UCSF"), in San Francisco, California.

## THE SCHEME TO DEFRAUD

3.   Between on or about April 1, 2006, and February 28, 2007, in the Northern District of California and elsewhere, the defendant,

ANTONIO MUSNI,

did knowingly and intentionally devise and execute a scheme and artifice (A) to defraud various financial institutions and other entities as to a material matter and (B) to obtain monies and funds owned by and under the custody and control of various financial institutions and other entities by means of materially false and fraudulent pretenses, representations, promises, and omissions.

4.   The purpose of MUSNI's scheme to defraud was to establish credit cards and accounts in victim Stephen C.'s name and then use the credit cards and funds from the accounts for personal expenses.

5.   It was part of MUSNI's scheme to defraud that he:

    a.   obtained Stephen C.'s personal information, such as his social security number, his date of birth, and his former places of employment by accessing Stephen C.'s records at UCSF;

    b.   used Stephen C.'s personal information to apply for and fraudulently obtain credit cards in Stephen C.'s name from American Express, Bank of America, Chase, and Discover;

    c.   used Stephen C.'s personal information to apply for and fraudulently obtain a credit card in Stephen C.'s name from HSBC Card Services; and

    d.   cashed checks issued by HSBC Bank USA in Stephen C.'s name.

COUNTS ONE THROUGH SIX: (18 U.S.C. § 1344 – Bank Fraud)

6.   Paragraphs 1 through 4 and 5a, b, and d of this Indictment are realleged as though fully set forth herein.

7.   On or about the following dates, in the Northern District of California and elsewhere, the defendant,

INDICTMENT                                  2

1  ANTONIO MUSNI,
2  did knowingly and intentionally execute a scheme and artifice (A) to defraud the financial
3  institutions set forth below as to a material matter and (B) obtain money, funds, and credits
4  owned by, or under the custody or control of, the following financial institutions by means of
5  materially false and fraudulent pretenses, representations, promises, and omissions.

| Count | Financial Institutions and Accounts Fraudulently Opened | Approximate Date |
|---|---|---|
| ONE | American Express<br>Acct # 37257337******* | 9/23/2006<br><br>(by submitting a fraudulent application in the name of Stephen C.) |
| TWO | Bank of America<br>Acct # 488860314******* | 4/11/2006<br><br>(by submitting a fraudulent application in the name of Stephen C.) |
| THREE | Chase MasterCard<br>Acct # 546604200******* | 8/22/2006<br><br>(by submitting a fraudulent application in the name of Stephen C.) |
| FOUR | Discover Credit Card<br>Acct # 601100022******* | 7/10/2006<br><br>(by submitting a fraudulent application in the name of Stephen C.) |

INDICTMENT                    3

| Count | Financial Institutions and Accounts Fraudulently Opened | Approximate Date |
|---|---|---|
| FIVE | HSBC Loan<br>Acct # 2118181******* | 1/10/2007<br><br>(by cashing a check issued in the name of Stephen C.) |
| SIX | HSBC Loan<br>Acct # 2129020******* | 1/26/2007<br><br>(by cashing a check issued in the name of Stephen C.) |

All in violation of Title 18, United States Code, Section 1344.

COUNT SEVEN: (18 U.S.C. § 1341 – Mail Fraud)

8. Paragraphs 1 through 4 and 5a and c of this Indictment are realleged as though fully set forth herein.

9. On or about December 6, 2006, in the Northern District of California and elsewhere, for purpose of executing the scheme and artifice to defraud, the defendant,

ANTONIO MUSNI,

did knowingly cause to be delivered by the Postal Service an HSBC credit card in the name of Stephen C., in violation of Title 18, United States Code, Section 1341.

COUNT EIGHT: (18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft)

10. Paragraphs 1 through 4 and 5a and b of this Indictment are realleged as though fully set forth herein.

11. On or about September 10, 2006, in the Northern District of California, the defendant,

ANTONIO MUSNI,

during and in relation to a violation of 18 U.S.C. § 1344 as set forth in count 2, did knowingly

INDICTMENT                                 4

1 | possess and use, without lawful authority, a means of identification of another person, to wit: a
2 | Bank of America Visa credit card Acct # 488860314******* in the name of Stephen C., in
3 | violation of Title 18, United States Code, Section 1028A(a)(1).
4 | COUNT NINE: (18 U.S.C. § 1029(a)(2) – Unlawful Use of Unauthorized Access Devices)
5 |      12.    Paragraphs 1 through 5a and b of this Indictment are realleged as though fully set
6 | forth herein.
7 |      13.    Between on or about April 1, 2006, and February 28, 2007, in the Northern
8 | District of California and elsewhere, the defendant,
9 |                              ANTONIO MUSNI,
10 | did knowingly and with intent to defraud use one or more unauthorized access devices during any
11 | one-year period and by such conduct did obtain items of value aggregating $1,000 or more, and
12 | in so doing affected interstate commerce, in violation of Title 18, United States Code, Section
13 | 1029(a)(2).
14 |
15 | DATED:                                             A TRUE BILL.
16 |         6/19/07
17 |                                                    FOREPERSON
18 |
19 | SCOTT N. SCHOOLS
   | United States Attorney
20 |
21 |
22 | MARK L. KROTOSKI
   | Chief, Criminal Division
23 |
24 |
25 | (Approved as to form:                  )
   |                       AUSA FINIGAN
26 |
27 |
28 |

INDICTMENT                                    5