1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0385 MMC |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| ANTONIO MUSNI, ) | |
| Defendant. ) | |

The above-captioned matter came before the Court on June 21, 2007, for initial appearance on the indictment.  The defendant was represented by Daniel Blank, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was continued to July 11, 2007, for initial appearance in district court before the Hon. Maxine M. Chesney, United States District Court Judge.

The Court made a finding that the time from and including June 21, 2007, through July 11, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0385 MMC

the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

    The parties hereby agree to and request that the case be continued until July 11, 2007, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:    June 21, 2007

                                  /s/
                            DANIEL BLANK
                            Counsel for Antonio Musni

DATED:    June 21, 2007

                                  /s/
                            JEFFREY FINIGAN
                            Assistant U.S. Attorney

So ordered.

DATED:    June 22, 2007

                            BERNARD ZIMMERMAN
                            UNITED STATES MAGISTRATE JUDGE



STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0385 MMC                                    2