UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: JUL 11 2007

Case No. CR-07-0385 MMC    JUDGE: Maxine M. Chesney

Antonio Musni
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

Jeffrey Finigan
U.S. ATTORNEY

Daniel Blank
ATTORNEY FOR DEFENDANT

Deputy Clerk: Tracy Lucero    Reporter: Jim Yeomans

PROCEEDINGS

REASON FOR HEARING: Initial Status / Trial Setting Conference

RESULT OF HEARING: Δ's counsel has not had time to review discovery material w/ Δ.

Case continued to 8/1/07 @ 2:30 for Further Status.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins 7/11/07 Ends 8/1/07

cc: Chamber file