UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

E-Filing

Date: AUG 01 2007

Case No. CR-07-0385 MMC

JUDGE: Maxine M. Chesney

Defendant: ANTONIO MUSNI

Present (✓) Not Present ( ) In Custody ( )

U.S. Attorney: JEFFREY FINIGAN

Attorney for Defendant: DANIEL BLANK

Deputy Clerk: TRACY LUCERO

Reporter: JUANITA GONZALEZ

### PROCEEDINGS

REASON FOR HEARING: Further Status Conference - Held

RESULT OF HEARING: Δ's counsel has reviewed discovery & has requested continuance to allow him time to work toward possible disposition.

Case continued to 8/22/07 @ 2:30 for Further Status.
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends 8/22/07

cc: Chamber file