UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: AUG 22 2007

Case No. CR-07-0385 MMC          JUDGE: Maxine M. Chesney

DEFENDANT: Antonio Musni

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Jeffrey Finigan

ATTORNEY FOR DEFENDANT: Heather Hardwick for Seth Chazin

Deputy Clerk: Tracy Lucero

Reporter: Debra Pas

## PROCEEDINGS

REASON FOR HEARING: Change of Plea - Not Held.

RESULT OF HEARING: Δ has possibly retained private counsel. (in place of Daniel Blank - AFPD).

Case continued to 9/5/07 @ 2:30 for Further Status / ID of Counsel
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Continuity / Preparation of Counsel.  Begins AUG 22 2007  Ends 9/5/07

cc: Chambers file