UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

E-Filing

Date: SEP 05 2007

Case No. CR-07-0385 MMC        JUDGE: Maxine M. Chesney

Antonio Musni
**DEFENDANT**

Present (✓) Not Present ( ) In Custody ( )

Jeffrey Finigan
**U.S. ATTORNEY**

Seth Chazin (specially)
**ATTORNEY FOR DEFENDANT**

TRACY LUCERO
Deputy Clerk: _____

Reporter: Sylvia Russo

### PROCEEDINGS

**REASON FOR HEARING** Further Status / ID of Counsel

**RESULT OF HEARING** Δ's specially appearing counsel requests continuance to allow family time to complete arrangements for representation (5 to 6 weeks).

Case continued to 10/10/07 @ 2:30 for Further Status. / ID of Counsel
Case continued to _____ for Motions.
        (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Continuity of Counsel  Begins SEP 05 2007  Ends 10/10/07

CC: Chamber file