UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: **OCT 10 2007**

E-Filing

Case No. **CR-07-0385 MMC**   JUDGE: **Maxine M. Chesney**

**ANTONIO MUSNI**
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

**JEFFREY FINIGAN**
U.S. ATTORNEY

**Seth Chazin**
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**   Reporter: **Juanita Gonzalez**

**PROCEEDINGS**

REASON FOR HEARING **Further Status / ID of Counsel**

RESULT OF HEARING **Seth Chazin made a general appearance & requested a continuance to allow him time to get up to speed.**

Case continued to **11/14/07 @ 2:30** for Further Status. **/ Trial Setting**
Case continued to _____ for Motions.
        (Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) **Preparation of Counsel** Begins **OCT 10 2007** Ends **11/14/07**