# Law Offices of Seth P. Chazin

1164 Solano Avenue
Albany, CA 94706
Tel: (510) 507-8100
Fax: (510) 525-0087
www.bayarea-attorney.com

360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 222-6188
Fax: (510) 525-0087
www.sanfrancriminalattorney.com

November 12, 2007

The Honorable Bernard Zimmerman
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: <u>United States vs. Antonio Musni; CR 07-00385 MMC</u>

Dear Magistrate Zimmerman:

    I am requesting that the above-referenced matter be placed on calendar as Mr. Musni is seeking a modification of the special condition of pre-trial release that he inform any current employer of the pending proceedings in this matter. Mr. Musni is requesting that this condition be deleted as it is inevitable that, if he is required to so inform his current employer of these proceedings, he will be terminated from his employment. Mr. Musni has already suffered the loss of a job that he was about to begin following the notification to the prospective employer, California Pacific Medical Center, that he had the current case pending.

    Mr. Musni is employed as a Revenue Analyst at Brown and Toland Medical Group in San Francisco. He has no access to money nor is any way acting in a fiduciary capacity in his current employment. The issue of this special condition of pre-trial release is of great concern to Mr. Musni as he relies on his employment in order to house and feed himself. It is also important to note that, if Mr. Musni is allowed to maintain his employment, he will be in a much better position to be able to make restitution to the victim in this case if it is ordered at a later date.

    I thank you for your kind consideration of this request.

Sincerely,

*Seth P. Ch*—

SETH P. CHAZIN
Attorney at Law