**SETH P. CHAZIN CSBN 133777**
**Attorney at Law**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 Solano Avenue**
**Albany, CA 94706**
**Telephone: (510) 507-8100**
**Facsimile: (510) 525-0087**

**Attorney for Defendant**
**ANTONIO MUSNI**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Criminal No. 07-00385 MMC |
| ) Plaintiff, ) | NOTICE OF APPEARANCE |
| vs. ) | |
| ) | |
| ANTONIO MUSNI, ) | |
| ) Defendant. ) | |

**TO: THE HONORABLE MAXINE C. CHESNEY AND THE UNITED STATES OF AMERICA:**

PLEASE TAKE NOTICE that SETH P. CHAZIN hereby makes a general appearance as the attorney of record in behalf of the defendant, ANTONIO MUSNI, in the above-referenced case.

**DATED: November 13, 2007**                    **Respectfully submitted,**


                                                                    _____
                                                                    **SETH P. CHAZIN**
                                                                    **Attorney for Defendant**
                                                                    **ANTONIO MUSNI**