UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

CRIMINAL PRETRIAL MINUTES

Date: NOV 1 4 2007

Case No. CR-07-0385 MMC    JUDGE: Maxine M. Chesney

Antonio Musni
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

Jeffrey Finigan
U.S. ATTORNEY

Seth Chazin
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: Sylvia Russo

**PROCEEDINGS**

REASON FOR HEARING: Further Status/Trial Setting Conference

RESULT OF HEARING: AUSA requests trial date be set. Δ's counsel requests additional time to evaluate/prepare for the case

Discovery cut-off - 3/13/08

Case continued to 26 for Further Status.
Case continued to 3//08 @ 2:30 for Motions.
(Motion due 2/13, Opposition due 2/27, Reply Due 3/5)
Case continued to 4/1/08 @ 3:00 for Pretrial.
Case continued to 4/14/08 @ 9:00 for Trial. ~~Court~~/Jury: 3-5 day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins NOV 1 4 2007 Ends 4/14/08