| | |
|---|---|
| Case No. **CR-** _____ **-MMC** <br> **GOVT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ | Case No. **CR-** _____ **-MMC** <br> **DEFT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ |
| Case No. **CR-** _____ **-MMC** <br> **GOVT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ | Case No. **CR-** _____ **-MMC** <br> **DEFT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ |
| Case No. **CR-** _____ **-MMC** <br> **GOVT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ | Case No. **CR-** _____ **-MMC** <br> **DEFT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ |
| Case No. **CR-** _____ **-MMC** <br> **GOVT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ | Case No. **CR-** _____ **-MMC** <br> **DEFT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ |
| Case No. **CR-** _____ **-MMC** <br> **GOVT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ | Case No. **CR-** _____ **-MMC** <br> **DEFT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ |
| Case No. **CR-** _____ **-MMC** <br> **GOVT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ | Case No. **CR-** _____ **-MMC** <br> **DEFT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ |
| Case No. **CR-** _____ **-MMC** <br> **GOVT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ | Case No. **CR-** _____ **-MMC** <br> **DEFT** Exhibit No. _____ <br> Date Entered _____ <br> Signature _____ |