UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: MAR 1 2 2008

Case No. CR-07-0385 MMC                JUDGE:   Maxine M. Chesney

ANTONIO MUSNI                          Present (✓) Not Present ( ) In Custody ( )
DEFENDANT

JEFFREY FINIGAN                        SETH CHAZIN
U.S. ATTORNEY                          ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO             Reporter: BELLE BALL

## PROCEEDINGS

REASON FOR HEARING   Change of Plea

RESULT OF HEARING    Plea Agreement filed with the Court.
                     ∆ pled guilty to one through six
                     of Indictment.

                     Court vacated Trial & Pretrial dates.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
            (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 6/25/08 @ 2:30 for Judgment & Sentencing
                    / Gov'ts motion to Dismiss remaining Counts.

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____