UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUN 2 5 2008

Case No. CR-07-0385 MMC          JUDGE: **Maxine M. Chesney**

Antonio Musni
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

Jeffrey Finigan                    Seth Chazin
U.S. ATTORNEY                      ATTORNEY FOR DEFENDANT

Deputy Clerk: Tracy Lucero         Reporter: Connie Kuhl

## PROCEEDINGS

REASON FOR HEARING: Judgment & Sentencing - Held.

RESULT OF HEARING: Sentence - 15 months in custody, 5 years supervised release, $600 special assessment, restitution $54,185.69 (see judgment for additional conditions). Govt dismisses Counts 7, 8 & 9. USPO - Jacqueline Sharpe for Cheryl Simone

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
         (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(1 hour)