## PROPOSED ORDER/COVER SHEET

TO: **Honorable Bernard Zimmerman**
**U.S. Magistrate Judge**

RE: **Antonio Musni**

FROM: **Richard W. Wieking, Acting Chief**
**U.S. Pretrial Services Officer**

DOCKET NO.: **CR07-00385 MMC**

DATE: **August 1, 2008**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Michelle Nero**

**415-436-7513**
TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____G_____ on _Thursday Aug 7_ at _10 am_.

Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____

JUDICIAL OFFICER          DATE 4 Aug 08

**Cover Sheet** (06/02/08)