IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff(s),

v.

Antonio Musni,

        Defendant(s),
_____/

No. CR07-0385 MMC

**Clerk's Notice**

**YOU ARE NOTIFIED THAT** a Bond Review Hearing is set for **August 12, 2008 at 11:00a.m.** before the Honorable Magistrate Judge Bernard Zimmerman.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 8/8/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Simone Voltz
Simone Voltz
Courtroom Deputy

United States District Court
For the Northern District of California