August 6, 2008

Hon. Maxine Chesney
450 Golden Gate Avenue
19th Floor, Room 6656
San Francisco, CA 94102



Dear Honorable Maxine Chesney:

I am writing to respectfully request a few things before your bench. In our last hearing, my lawyer Seth Chazin expressed to be removed as my counsel. Since then, I have asked him to kindly request a few things before the court on my behalf, but unfortunately, he was not responsive to my plea. He said in his last message to me that unless I fully pay him his dues of $3,000 which is the remaining balance of his retainer's fee he will not assist me going forward and will consider my case inactive.

I therefore ask the court to kindly appointing another counsel to represent me as I couldn't afford to retain another attorney at this time.

I am also requesting that the court possibly delay my surrender dated August 27, 2008, to allow me a sufficient time to settle my financial obligations and to satisfy my lease obligation on my apartment which is over on September 30, 2008. Doing so, will enable to fully refund my rental deposit and give me time to vacate my apartment and resettle my personal belongings in a safe storage area. I am also hoping that doing so would allow me to maintain a good rapport with my landlord to where I may obtain a character/tenant reference when I seek another housing prospect upon my release.

Lastly, I was appointed by the Bureau of Prison a facility in Pecos, Texas. I respectfully ask that if all possible, I be housed in a facility which is close to the Bay Area to allow my family visitation as previously expressed during my last court appearance.

I am hoping that the court would kindly hear my plea to my request. Thank you for your kind consideration.

Sincerely,

Antonio Musni Jr.
201 Harrison St #411
San Francisco, CA 94105
(415) 269-7192

cc:  Michelle Nero,
     Pretrial Officer
     450 Golden Gate Ave. 18th Floor,
     San Francisco, CA, 94102