# Law Offices of Seth P. Chazin

1164 Solano Avenue
Albany, CA 94706
Tel: (510) 507-8100
Fax: (510) 525-0087
www.bayarea-attorney.com

360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 222-6188
Fax: (510) 525-0087
www.sanfrancriminalattorney.com

August 15, 2008

The Honorable Maxine M. Chesney
United States District Court
Northern District of California
450 Golden Gate Avenue, 19th Fl., Rm 6656
San Francisco CA 94102

**RE: United State vs. Antonio Musni, CR 07-00385 MMC**

Dear Judge Chesney,

    This letter is written to request an extension of Antonio Musni's surrender date. As described in Mr. Musni's letter, previously filed with the court and attached hereto, Mr. Musni is requesting that the court permit him to surrender himself just after September 30, 2008.

    Mr. Musni informs me that his apartment lease is due to terminate on September 30, 2008. If he does not satisfy his lease obligation, he will not be refunded his deposits which are estimated at approximately $5,000. He also indicates that he has other financial obligations that can be satisfied and properly wind up his affairs if he is granted the additional time requested.

    If Mr. Musni were to satisfy his lease obligations and receive his deposit money back, he would then be able to satisfy his outstanding obligation to me pursuant to our fee agreement, allow sufficient time for him to relocate and store his personal belongings and also allow for Mr. Musni to be able to receive a favorable reference from his landlord which he will definitely need after he is released and is making efforts to obtain a job and seek housing.

    As your Honor might recall, I had indicated in court previously that I had intended to seek withdrawal as counsel of record in light of Mr. Musni's failure to meet his contractual obligations to me. However, in light of Mr. Musni's subsequent assurances to me that he will

fulfill his obligation to me if he is able to obtain his deposits back from his landlord, I have decided to defer any such request pending the outcome of Mr. Musni's instant application for an extension of his date for surrender.

Respectfully submitted,

*Seth P. Chazin*

SETH P. CHAZIN
Attorney At Law

attachment

cc: Jeffrey Rabkin, AUSA

August 6, 2008

Hon. Maxine Chesney
450 Golden Gate Avenue
19th Floor, Room 6656
San Francisco, CA 94102

FILED
AUG 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Honorable Maxine Chesney:

I am writing to respectfully request a few things before your bench. In our last hearing, my lawyer Seth Chazin expressed to be removed as my counsel. Since then, I have asked him to kindly request a few things before the court on my behalf, but unfortunately, he was not responsive to my plea. He said in his last message to me that unless I fully pay him his dues of $3,000 which is the remaining balance of his retainer's fee he will not assist me going forward and will consider my case inactive.

I therefore ask the court to kindly appointing another counsel to represent me as I couldn't afford to retain another attorney at this time.

I am also requesting that the court possibly delay my surrender dated August 27, 2008, to allow me a sufficient time to settle my financial obligations and to satisfy my lease obligation on my apartment which is over on September 30, 2008. Doing so, will enable to fully refund my rental deposit and give me time to vacate my apartment and resettle my personal belongings in a safe storage area. I am also hoping that doing so would allow me to maintain a good rapport with my landlord to where I may obtain a character/tenant reference when I seek another housing prospect upon my release.

Lastly, I was appointed by the Bureau of Prison a facility in Pecos, Texas. I respectfully ask that if all possible, I be housed in a facility which is close to the Bay Area to allow my family visitation as previously expressed during my last court appearance.

I am hoping that the court would kindly hear my plea to my request. Thank you for your kind consideration.

Sincerely,

Antonio Musni Jr.
201 Harrison St #411
San Francisco, CA 94105
(415) 269-7192

cc:   Michelle Nero,
      Pretrial Officer
      450 Golden Gate Ave. 18th Floor,
      San Francisco, CA, 94102