UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: AUG 2 0 2008

Case No. CR-07-0385 MMC

JUDGE: Maxine M. Chesney

Antonio Musni
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

Jeff Finigan
U.S. ATTORNEY

Seth Chaizen
ATTORNEY FOR DEFENDANT

Deputy Clerk: Tracy Lucero

Reporter: James Yeomans

## PROCEEDINGS

REASON FOR HEARING: Hearing re: Surrender Date

RESULT OF HEARING: Court extended defendant's self surrender date to 9/5/08 on or before 2:00 pm.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
        (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(15 min)